Ron WALDEN, Plaintiff–Appellant

v.

TYSON FOODS, INCORPORATED, Defendant–Appellee.

No. 11–50568.

United States Court of Appeals, Fifth Circuit.

June 15, 2012.

John Patrick Mobbs, II, Esq. El Paso, TX, Javier Espinoza, San Antonio, TX, for Plaintiff–Appellant.

Zachary Thomas Mayer, Attorney, Kane Russell Coleman & Logan, P.C., Dallas, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM: *

The court has considered this appeal on the basis of the briefs, oral argument, and the record and finds no reversible error of fact or law in the district court opinion. The court's determination that no *genuine* issue of material fact was raised about the date on which Walden signed the Acceptance and Waiver agreement is supported by the record. We need not reach the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

other issues. The grant of summary judgment is **AFFIRMED**.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.